ROBERT A. CANTORE (Bar No. 127462)
rac@gslaw.org
MICHAEL D. WEINER (Bar No. 240155)
mweiner@gslaw.org
**GILBERT & SACKMAN**
**A LAW CORPORATION**
3699 Wilshire Boulevard, Suite 1200
Los Angeles, California 90010
Telephone:   (323) 938-3000
Fax:         (323) 937-9139

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STUDIO TRANSPORTATION DRIVERS, LOCAL #399 OF THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS; BERNARD ANGELES JR.; JAMES DEPUE; MICHAEL DEPUE; BURT MELCHER; CRAIG WALENDY,<br><br>Plaintiffs,<br><br>v.<br><br>HAPPY HOURS PRODUCTIONS, LLC, a Nevada limited liability company; BOLLYWOOD HOLLYWOOD PRODUCTION, INC., a Florida corporation; FILMKRAFT PRODUCTIONS (INDIA) PVT., LTD., an Indian company; ENTERTAINMENT MEDIA SPECIALISTS, INC., a Florida corporation; RAKESH ROSHAN; SHAMMI SAINI; RAJ SHAH; PRASHANT SHAH; AND DOES 1-20,<br><br>Defendants. | Case No. SACV 08-1117 JVS (ANx)<br><br>**NOTICE OF MOTION AND MOTION TO MODIFY SCHEDULNG ORDER AND FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>Date:        October 19, 2009<br>Time:        1:30 p.m.<br>Courtroom:   10C<br><br>Hon. James V. Selna |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on Monday, October 19, 2009, at 1:30 p.m., or as soon thereafter as this matter may be heard, before the Honorable James V. Selna

in courtroom 10C of the above-captioned court, Plaintiffs will, and hereby do, move for an Order to modify the scheduling order and for leave to allow Plaintiffs to file a Second Amended Complaint.

Plaintiffs' proposed amendments will include an additional cause of action against Defendant Entertainment Media Specialists, Inc. ("EMS") pursuant to California Labor Code § 2802 for unreimbursed business expenses. EMS will not be prejudiced by the proposed amendment because Defendant was on notice of this potential cause of action, as it initially raised the issue and discovery has not yet closed. Moreover, the interest of judicial economy will be served by allowing this amendment. The Plaintiffs are acting in good faith in seeking this amendment and Plaintiffs' proposed amendments are not futile. Finally, Plaintiffs have not delayed in seeking leave to amend, and the litigation at hand will not be delayed by these amendments. Accordingly, Plaintiffs' motion for leave to file a Second Amended Complaint should be granted.

This Motion is based on this Notice of Motion and Motion, the Memorandum of Points Authorities in Support of this Motion, and the Declaration of Robert A. Cantore. This Motion is also based on the pleadings and papers already filed with the Court; matters of which the Court may take judicial notice; and upon any such oral argument and evidence presented at the hearing on this Motion as the Court may wish to consider.

///
///
///
///
///
///
///

2 NOTICE OF MOTION TO MODIFY SCHEDULING ORDER AND FOR
  LEAVE TO FILE SECOND AMENDED COMPLAINT

This Motion is made following the conference with counsel pursuant to C.D. Cal. Local Rule 7-3, which took place by phone on August 18, 2009.  Counsel for EMS refused to stipulate to the filing of an amended complaint.

DATED: September 28, 2009

Respectfully Submitted,
**GILBERT & SACKMAN**
A LAW CORPORATION

By  /s/ Robert A. Cantore
     Robert A. Cantore

Attorneys for Plaintiffs