| | |
|---|---|
| 1 | ROBERT A. CANTORE (SBN 127462) |
|   | rac@gslaw.org |
| 2 | MICHAEL D. WEINER (SBN 240155) |
|   | mweiner@gslaw.org |
| 3 | **GILBERT & SACKMAN** |
|   | A LAW CORPORATION |
| 4 | 3699 Wilshire Boulevard, Suite 1200 |
|   | Los Angeles, California 90010 |
| 5 | Telephone:   (323) 938-3000 |
|   | Fax:              (323) 937-9139 |

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STUDIO TRANSPORTATION DRIVERS, LOCAL #399 OF THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS; BERNARD ANGELES JR.; JAMES DEPUE; MICHAEL DEPUE; BURT MELCHER; CRAIG WALENDY, | Case No. SACV 08-1117 JVS (AHx) |
| | **JUDGMENT** |
| Plaintiffs, | Hon. James V. Selna |
| v. | |
| HAPPY HOURS PRODUCTIONS, LLC, a Nevada limited liability company; BOLLYWOOD HOLLYWOOD PRODUCTION, INC., a Florida corporation; FILMKRAFT PRODUCTIONS (INDIA) PVT., LTD., an Indian company; ENTERTAINMENT MEDIA SPECIALISTS, INC., a Florida corporation; RAKESH ROSHAN; SHAMMI SAINI; RAJ SHAH; PRASHANT SHAH; AND DOES 1-20, | |
| Defendants. | |

[PROPOSED] JUDGMENT

1

In its Order of November 12, 2009 (Dkt. # 65), the Court held that it would enter summary judgment in favor of Defendant Entertainment Media Specialists, Inc. ("EMS") and against Plaintiffs Studio Transportation Drivers, Local #399 of the International Brotherhood of Teamsters, Bernard Angeles Jr., James DePue, Michael DePue, Burt Melcher, and Craig Walendy ("Plaintiffs").

Therefore, IT IS ORDERED, ADJUDGED AND DECREED THAT: Summary judgment is entered in favor of EMS and against Plaintiffs on all Plaintiffs' claims.

IT IS SO ORDERED.

DATED: December 01, 2009

_____

Hon. James V. Selna

United States District Judge