1  MICHAEL L. TRACY, ESQ., SBN 237779
2  MTRACY@MICHAELTRACYLAW.COM
   MEGAN ROSS HUTCHINS, ESQ., SBN 227776
3  MHUTCHINS@MICHAELTRACYLAW.COM
4  LAW OFFICES OF MICHAEL TRACY          JS-6
   2030 Main Street, Suite 1300
5  Irvine, CA  92614
6  T: (949) 260-9171
   F: (866) 365-3051
7
8  Attorneys for Defendant EMS

9
                **UNITED STATES DISTRICT COURT**
10
                **CENTRAL DISTRICT OF CALIFORNIA**
11
                        **WESTERN DIVISION**
12

13 | STUDIO TRANSPORTATION                | Case No.:SACV08-1117-JVS-AHx
14 | DRIVERS, LOCAL #399 OF THE
   | INTERNATIONAL BROTHERHOOD
15 | OF TEAMSTERS, *et al*                | **JUDGMENT**
16 |
   |        Plaintiffs,
17 |
   |    vs.
18 |
19 | HAPPY HOURS PRODUCTS, LLC, *et al*,
20 |
   |        Defendants.
21 | _____
22 | ENTERTAINMENT MEDIA
23 | SPECIALISTS, INC.,
   |
24 |        Cross-Claimant,
   |
25 |    vs.
   |
26 | HAPPY HOURS PRODUCTS, LLC, *et al.*
   |
27 |        Cross-Defendants.
28

-1-
JUDGMENT

This action came for hearing before the Court, on November 9, 2009, Hon. James Selna, District Judge Presiding, on a Motion for Summary Judgment, and the evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered,

IT IS ORDERED AND ADJUDGED that the plaintiffs, STUDIO TRANSPORTATION DRIVERS, LOCAL #399 OF THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS, BERNARD ANGELES JR., JAMES DEPUE, MICHAEL DEPUE, BURT MELCHER, and CRAIG WALENDY take nothing, that the First Amended Complaint be dismissed on the merits, and that defendant, Entertainment Media Specialists, Inc., recover its cost and attorney's fees.

Costs in the amount of $_____ are awarded.

Attorney's fees in the amount of $_____ are awarded.

Entertainment Media Specialists, Inc.'s Cross-Complaint against Happy Hours Productions, LLC, Bollywood Hollywood Productions, Inc., Raj Shah, and Prashant Shah, is dismissed as MOOT.

IT IS SO ORDERED.

Dated: December 01, 2009

By: _____
Hon. James V. Selna
United States District Judge