MICHAEL L. TRACY, ESQ. (SBN 237779)
mtracy@michaeltracylaw.com
MEGAN ROSS HUTCHINS, ESQ. (SBN 227776)
mhutchins@michaeltracylaw.com
LAW OFFICES OF MICHAEL L. TRACY
2030 Main Street, Suite 1300
Irvine, CA  92614
T: (949) 260-9171
F: (866) 365-3051

Attorneys for Defendant
ENTERTAINMENT MEDIA SPECIALISTS, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| STUDIO TRANSPORTATION DRIVERS, LOCAL #399 OF THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS, ET AL<br><br>        Plaintiffs,<br><br>    vs.<br><br>HAPPY HOURS PRODUCTS, LLC, ET AL.<br><br>        Defendants.<br>_____<br><br>ENTERTAINMENT MEDIA SPECIALISTS, INC.,<br><br>        Cross-Claimant,<br><br>    vs.<br><br>HAPPY HOURS PRODUCTS, LLC, a Nevada limited liability company; BOLLYWOOD HOLLYWOOD PRODUCTION, INC., a Florida corporation RAJ SHAH; AND PRASHANT SHAH<br><br>        Cross-Defendants. | Case No.:SACV08-1117-JVS-AHx<br><br>**DEFENDANT ENTERTAINMENT MEDIA SPECIALISTS, INC'S NOTICE OF CROSS-APPEAL** |

Notice is hereby given that Defendant Entertainment Media Specialists, Inc. cross-appeals to the United States Court of Appeal for the Ninth Circuit from the final judgment of the district court, entered in this case on December 1, 2009 (Documents #68 and 69), and the "Order Denying Defendant's Motion to Disqualify Plaintiff's Counsel (Fld 9-08-09)", dated November 12, 2009, Document #64.

The original appeal is Docket No. 09-56947, for which the Notice of Appeal was filed on December 8, 2009.

Dated: December 16, 2009          By: _____/S/_____

                                  Michael Tracy, Attorney for
                                  Entertainment Media Specialists, Inc.