MICHAEL L. TRACY, ESQ. (SBN 237779)
mtracy@michaeltracylaw.com
MEGAN ROSS HUTCHINS, ESQ. (SBN 227776)
mhutchins@michaeltracylaw.com
LAW OFFICES OF MICHAEL L. TRACY
2030 Main Street, Suite 1300
Irvine, CA  92614
T: (949) 260-9171
F: (866) 365-3051

Attorneys for Defendant
ENTERTAINMENT MEDIA SPECIALISTS, INC.

# UNITED STATED COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| STUDIO TRANSPORTATION DRIVERS, LOCAL #399 OF THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS, ET AL<br><br>         Appellants,<br><br>    vs.<br><br>ENTERTAINMENT MEDIA SPECIALISTS, INC.<br><br>         Appellee/Cross-Appellant. | No.:<br><br>District Case:SACV08-1117-JVS-AHx<br><br>**DEFENDANT ENTERTAINMENT MEDIA SPECIALISTS, INC'S REPRESENTATION STATEMENT** |

The undersigned represents Entertainment Media Specialists, Inc., appellee and cross-appellant in this matter, and no other party. Attached is a service list that shows all of the parties to the action below, and identifies their counsel by name, firm, address, and telephone number, where appropriate. (F.R.A.P. 12(b); Circuit Rule 3-2(b).)

1. Plaintiffs Studio Transportation Drivers, Local #399 of the International Brotherhood of Teamsters, Bernard Angeles Jr., James DePue, Michael DePue, Burt Melcher, and Craig Walendy
Robert Cantore
Michael Weiner
GILBERT & SACKMAN

A LAW CORPORATION
3699 Wilshire Boulevard, Suite 1200
Los Angeles, California 90010
Telephone: (323) 938-3000
Fax: (323) 937-9139

2. Happy Hours Productions, LLC and Raj Shah
Kenneth D. Sisco, Esq.
11421 Orange Park Boulevard
Orange, CA 92869
Phone: (714) 538-6800
Fax: (714) 265-7518

3. Filmkraft Productions (India) Pvt., Ltd., Bollywood Hollywood Production, Inc., Rakesh Roshan, Shammi Saini, and Prashant Shah:
Gregory P. Wong, Esq.
Amy B. Alderfer, Esq.
Greenberg Traurig LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404
Phone: (310) 586-7700
Fax: (310) 586-7800

Donald L. Prunty, Esq.
Greenberg Traurig LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, NV 89169
Phone: (702) 792-3773
Fax: (702) 792-9002

4. Entertainment Media Specialists, Inc.
Law Offices of Michael Tracy
2030 Main St. STE 1300
Irvine, CA 92614
Phone: (949) 260-9171
Fax: (866) 365-3051

Dated: December 16, 2009           By: _____/S/_____

                                   Michael Tracy, Attorney for
                                   Entertainment Media Specialists, Inc.