ROBERT A. CANTORE (SBN 127462)
rac@gslaw.org
MICHAEL D. WEINER (SBN 240155)
mweiner@gslaw.org
**GILBERT & SACKMAN**
A LAW CORPORATION
3699 Wilshire Boulevard, Suite 1200
Los Angeles, California 90010
Telephone: (323) 938-3000
Fax: (323) 937-9139

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STUDIO TRANSPORTATION DRIVERS, LOCAL #399 OF THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS; BERNARD ANGELES JR.; JAMES DEPUE; MICHAEL DEPUE; BURT MELCHER; CRAIG WALENDY,<br><br>Plaintiffs,<br><br>v.<br><br>HAPPY HOURS PRODUCTIONS, LLC, a Nevada limited liability company; BOLLYWOOD HOLLYWOOD PRODUCTION, INC., a Florida corporation; FILMKRAFT PRODUCTIONS (INDIA) PVT., LTD., an Indian company; ENTERTAINMENT MEDIA SPECIALISTS, INC., a Florida corporation; RAKESH ROSHAN; SHAMMI SAINI; RAJ SHAH; PRASHANT SHAH; AND DOES 1-20,<br><br>Defendants. | Case No. SACV 08-1117 JVS (AHx)<br><br>**PLAINTIFFS' [PROPOSED] ORDER GRANTING MOTION TO STAY ATTORNEY'S FEES AND COSTS PENDING DISPOSITION OF APPEAL**<br><br>[Ex Parte – No Hearing Scheduled]<br><br>Hon. James V. Selna |

1    The Court has read and considered the papers and finds good cause for the
2 relief sought.
3    The Court hereby GRANTS Plaintiffs' [Proposed] Motion to stay the award of
4 attorney's fees and costs without the necessity of a supersedeas bond pending the
5 disposition of Plaintiffs' appeal.

7 IT IS SO ORDERED:

9 DATED: _____, 2010      _____
10                                                HON. JAMES V. SELNA
11                                                United States District Judge